# United States Bankruptcy Court
## Central District Of California

| In re: | CHAPTER NO.: 7 |
|---|---|
| Gerald Harris<br>dba Four Star Development | CASE NUMBER: 6:10-bk-49745-EC |
| | DATE OF FILING: December 10, 2010 |

## CASE INITIATION ACTION NOTICE

**To:** Honorable Ellen Carroll
**From:** Alice Ochoa    **Ext:** 951-774-1076    **Date:** January 4, 2011

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within three (3) days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
    **Case No:** ___    **Chapter** ___
    **Case No:** ___    **Chapter** ___
    **Case No:** ___    **Chapter** ___
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
    **Prior Case No.** ___    **Chapter** _    **Date of Filing:** _
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
    **Prior Case No.** ___    **Chapter** _    **Date of Filing:** _
    District and division, if other than CAC _
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☒ Other: Debtor failed to comply with Case Commencement Deficiency Notice and Order to Comply.

*Please indicate your instructions and forward to your Courtroom Services team.*

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☐ Dismiss with 180 day restriction
- ☒ Dismiss without 180 day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: _

Dated: 1/11/11
Revised 11/09

BY THE ORDER OF THE COURT:
*/s/ Ellen Carroll*
Honorable Ellen Carroll

FILED JAN 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY       Deputy Clerk

ENTERED JAN 12 2011
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY       Deputy Clerk

**United States Bankruptcy Court**
**Central District Of California**

| In re:<br>Gerald Harris<br>dba Four Star Development | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 6:10-bk-49745 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Bankruptcy Rule 1015-2
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2-1]
☒ Statement Regarding Assistance of Non-Attorney with Respect to the Filing of Bankruptcy Case. [Court Manual, section 2-1]
☒ Verification of Creditor Mailing List. [Court Manual, section 2-1]
☒ Summary of Schedules (Official Form B6). [Court Manual, section 2-1]
☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2-1]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521(a)(2)(A)] within 30 days from filing of your petition. [Court Manual, section 2-1]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2-1(a)(7).

　　　　　Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

　　　　　3420 Twelfth Street, Riverside, CA 92501-3819

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: December 10, 2010

　　　　　　　　　　　　　　　　　　　　　　**KATHLEEN J. CAMPBELL, CLERK OF COURT**

　　　　　　　　　　　　　　　　　　　　　　By: **Michele Boiko**
　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

ccdn - Revised 12/2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 / MBG

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: mboikoC              Page 1 of 1             Date Rcvd: Dec 10, 2010
Case: 10-49745                Form ID: ccdn              Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 12, 2010.
db          +Gerald Harris,    8037 Halbrook Terrace,    Riverside, CA 92509-7541

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2010                       Signature:    *Joseph Speetjens*

| **United States Bankruptcy Court** <br> **Central District Of California** | |
|---|---|
| In re: <br> Gerald Harris <br> dba Four Star Development | CHAPTER NO.: 7 |
| | CASE NO.: 6:10-bk-49745 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:**

**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule A**
**Schedule F**
**Statement − Form 22A**
**Schedule G**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)    File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005-2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                    **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>December 10, 2010</u>                              By: <u>Michele Boiko</u>
                                                              **Deputy Clerk**

deforco − Revised 12/2010                                                              1 / MBG

# CERTIFICATE OF NOTICE

```
District/off: 0973-6            User: mboikoC              Page 1 of 1             Date Rcvd: Dec 10, 2010
Case: 10-49745                  Form ID: deforco           Total Noticed: 1

The following entities were noticed by first class mail on Dec 12, 2010.
db            +Gerald Harris,    8037 Halbrook Terrace,    Riverside, CA 92509-7541

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2010                         Signature:    *[signed] Joseph Speetjens*

# 6:10-bk-49745-EC Gerald Harris
Case type: bk Chapter: 7 Asset: No Vol: v Judge: Ellen Carroll
Date filed: 12/10/2010 Date of last filing: 01/03/2011

## Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | Cert. Credit Counseling | 12/10/2010 | 12/27/2010 | | | |
| 1 | Db Cert of Empl Income | 12/10/2010 | 12/27/2010 | | | |
| 1 | Declaration Re Sched | 12/10/2010 | 12/27/2010 | | | |
| 1 | Notice Avail Chapters | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule A | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule B | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule C | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule D | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule E | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule F | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule G | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule H | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule I | 12/10/2010 | 12/27/2010 | | | |
| 1 | Schedule J | 12/10/2010 | 12/27/2010 | | | |
| 1 | Statement - Form 22A | 12/10/2010 | 12/27/2010 | | | |
| 1 | Statemt Assist non-Atty | 12/10/2010 | 12/27/2010 | | | |
| 1 | Statistical Summary | 12/10/2010 | 12/27/2010 | | | |
| 1 | Stmt. of Fin. Affairs | 12/10/2010 | 12/27/2010 | | | |
| 1 | Stmt. of Related Case | 12/10/2010 | 12/27/2010 | | | |
| 1 | Summary of Schedules | 12/10/2010 | 12/27/2010 | | | |
| 1 | Verif. of cred. matrix | 12/10/2010 | 12/27/2010 | | | |
| 1 | Incomplete Filings Due | 12/10/2010 | 12/27/2010 | | | |
| 1 | Statement of Intent | 12/10/2010 | 01/10/2011 | | | |
| 11 | Hearing | 12/23/2010 | 01/20/2011 at 10:30 AM | | | Carroll, Ellen |
| 2 | 341 Meeting | 12/10/2010 | 01/21/2011 at 01:00 PM | | | |
| 2 | Objection to Discharge Due | 12/10/2010 | 03/22/2011 | | | |